IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00188-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.  DAVID GARCIA,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Sentencing is rescheduled to **December 10, 2009, at 2:00 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: November 19, 2009

                                                          s/Jane Trexler, Judicial Assistant