IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

| | |
|---|---|
| Courtroom Deputy: Ginny Kramer | Date: March 4, 2010 |
| Court Reporter: Kara Spitler | |
| Probation Officer: Jan Woll | |

**Criminal Action No. 07-cr-00188-WDM-7**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Zachary Phillips |
| Plaintiff, | |
| vs. | |
| 7. DAVID GARCIA, | Sean McDermott |
| Defendant. | |

## COURTROOM MINUTES - SENTENCING HEARING

*This sentencing hearing is continued from March 1, 2010.*

**1:36 p.m.     Court in session.**

Defendant is present in court in custody.

Defendant calls witness, Dr. Oren Zwang.

Witness Dr. Oren Zwang is appearing by telephone.

The witness is sworn.

1:40 p.m.     Direct examination of the witness by Mr. McDermott.

1:58 p.m.     Cross examination of the witness by Mr. Phillips.

Dr. Oren Zwang is qualified as an expert in internal medicine.

Questions to Dr. Zwang by the Court.

Re-direct examination of the witness, by Mr. McDermott.

The witness is excused.

Statements to the Court by Mr. McDermott.

Statements to the Court by Mr. Phillips.

Statements to the Court by the defendant, Mr. David Garcia.

Statements to the Court by the probation officer, Ms. Jan Woll.

Defendant entered his plea on **March 23, 2009,** to count two of the Third Superseding Indictment.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:** Defendant's plea of guilty to Count Two of the Third Superseding Indictment is accepted.

**RECOMMENDATION OF THE PROBATION OFFICER IS AS FOLLOWS:**

|  | Guideline Provision | Recommended Sentence |
|---|---|---|
| **Custody** | 135 - 168 months | 135 months |
| **Supervised Release** | 5 years | 5 years |
| **Probation** | not eligible | not recommended |
| **Fine** | $17,500 to $4,000,000 | not recommended |
| **Special Assessment** | $100.00 | $100.00 |
| **Restitution** | None | None |

**ORDERED:** Defendant shall be **imprisoned** for **sixty (60) months, with credit for time served.**

Court RECOMMENDS that defendant receive credit for days spent in custody.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **five (5) years**.

**ORDERED: Conditions of Supervised Release that:**

(X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
(X) Defendant shall not commit another federal, state or local crime.
(X) Defendant shall not illegally possess controlled substances.
(X) Defendant shall not possess a firearm or destructive device.
(X) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
(X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

(X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED: Special Condition of Supervised Release that:**

(X) Defendant shall participate in a program of testing and treatment for drug/alcohol abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.

**ORDERED:** Defendant shall pay **$ 100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately

**ORDERED: No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days of entry of judgment.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED**: That the Government's Motion for Downward Departure Pursuant to 5K1.1 - *Government's §5K.1.1 Motion for Downward Departure Based on Substantial Assistance,* [#958] filed May 4, 2009, is **GRANTED.**

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**2:56 p.m.     Court in recess.**

Total in court time.  1 hour and 20 minutes
Hearing concluded